# In the United States Court of Federal Claims

No. 19-521

Filed: June 3, 2019

| | |
|---|---|
| DAVID ANDREW DELL, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) |
| THE UNITED STATES, | ) ) |
| Defendant. | ) ) ) |

## ORDER

On April 1, 2019, plaintiff, David Andrew Dell, proceeding *pro se*, filed his Complaint with this Court. *See generally* Complaint (hereinafter "Compl."). That same day, this Court sent plaintiff a notice of filing fee due. On April 26, 2019, the Court ordered plaintiff to either pay the full filing fee or fill out the Court's application to proceed *in forma pauperis* by May 17, 2019. *See* Order, ECF No. 6. In that Order, the Court warned that if plaintiff failed to either pay the filing fee or submit an *in forma pauperis* application, plaintiff's Complaint would be dismissed without prejudice for failure to prosecute under Rule 41(b) of the Rules of the Court of Federal Claims ("RCFC"). The Court has not received plaintiff's filing fee or an application to proceed *in forma pauperis*. As such, the Court has no choice but to **DISMISS** plaintiff's case without prejudice for failure to prosecute, pursuant to RCFC 41(b). The Clerk is hereby directed to enter judgment consistent with this Order.

**IT IS SO ORDERED.**

Loren A. Smith, Senior Judge